# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDUZ LASCO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CARSON CORPORATE FITNESS, INC.,<br><br>　　　　　　　　Defendant. | Case No. 25-cv-0228-BAS-KSC<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

　　　　Plaintiff commenced this action against Carson Corporate Fitness, Inc. ("Defendant") on January 31, 2025. (ECF No. 1.) Rule 4(m) of the Federal Rules of Civil Procedure provides that if the defendant is not served within ninety days after the complaint is filed, the court must dismiss the action against the defendant or order that service be made within a specific time. In addition, a district court has inherent power to dismiss an action if the plaintiff fails to prosecute the case. *Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962).

　　　　Plaintiff's deadline to complete service under Rule 4(m) lapsed on May 1, 2025. *See* Fed. R. Civ. P. 4(m). On May 21, 2025, this Court issued an Order to Show Cause as to why the case should not be dismissed for a failure to prosecute, given that Plaintiff had filed no proof of service. (ECF No. 3.) The Court gave Plaintiff until June 11, 2025, to

1  respond to the Order to Show Cause. Plaintiff was informed that they could show cause by
2  filing proof of service on the docket. That deadline has come and gone yet Plaintiff has still
3  failed to file any proof of service on the docket or otherwise given cause as to why this
4  case should not be dismissed for failure to prosecute. Accordingly, the Court **DISMISSES**
5  the case without prejudice for failure to prosecute. *See Link*, 370 U.S. at 630–31. The Clerk
6  of Court is directed to close the case.

   **IT IS SO ORDERED.**

**DATED: June 16, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**