

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernarduz Lasco, individually and on behalf of all those similarly situated <br><br> Plaintiff, <br><br> V. <br><br> Carson Corporate Fitness, Inc. <br><br> Defendant. | Civil Action No.  25-cv-0228-BAS-KSC <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES the case without prejudice for failure to prosecute. See Link, 370 U.S. at 630–31. This case is hereby closed.

Date:  6/16/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M.Williams

M.Williams, Deputy